```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                                    :
MALIBU MEDIA, LLC,                                  :
                                                    :   Civil Action No. 1:18-cv-01923-JSR
                                Plaintiff,           :
                                                    :
                                                    :
                    vs.                             :
                                                    :
JOHN DOE subscriber assigned IP address             :
24.90.151.63,                                       :
                                                    :
                                                    :
                                Defendant.           :
-----------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 24.90.151.63. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 1, 2018

                                        Respectfully submitted,

SO ORDERED

_____
USDJ
6-5-18

                                By:   /s/ Kevin T. Conway
                                      Kevin T. Conway, Esq. (KC-3347)
                                      664 Chestnut Ridge Road
                                      Spring Valley, New York 10977-6201
                                      T: 845-352-0206
                                      F: 845-352-0481
                                      E-mail: ktcmalibu@gmail.com
                                      *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway*